# United States Bankruptcy Court
### District of Minnesota

In re __Christopher Quentin Longley__                                    Case No. _____

                                    Debtor(s)                             Chapter __7__

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

- [x] **Debtor 1 has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.**

- [ ] **Debtor 1 has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:**

    - [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    - [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _/s/ Christopher Q. Longley_    Date: _7/3/19_

*************************************************************************

- [ ] **Debtor 2 has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.**

- [ ] **Debtor 2 has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:**

    - [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

    - [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

    - [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

    - [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____    Date: _____

***IMPORTANT NOTE: Please make sure all SOCIAL SECURITY numbers, routing numbers and account numbers are redacted before filing. If the income records include the year to date amounts, you are only required to

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RO / 5X9 22956587 | 01/ | 2929042 | 1 of 1 |

Atticus Administration LLC
34 13th Ave NE
Ste 112
Minneapolis, MN 55413

## Earnings Statement

**ADP**

Period Starting: 06/09/2019
Period Ending: 06/22/2019
Pay Date: 06/24/2019

Taxable Marital Status: Married
Exemptions/Allowances:      Tax Override:
  Federal:  6                Federal:
  State:    6                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Christopher Q Longley
684 Lincoln Avenue
St Paul, MN 55105

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 2692.31 | 35000.03 |
| Gross Pay | | | $2,692.31 | $35,000.03 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -137.39 | 1786.07 |
| Social Security | -166.92 | 2170.00 |
| Medicare | -39.04 | 507.50 |
| Minnesota State Income | -72.95 | 950.81 |
| Net Pay | $2,276.01 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 1000.00 |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7710 | XXXXXXXXX | 2276.01 |

**Doing Business As**

Atticus Administration LLC
34 13th Ave NE Ste 112
Minneapolis, MN 55413-1002

Your federal taxable wages this period are $2,692.31

---

Atticus Administration LLC
34 13th Ave NE
Ste 112
Minneapolis, MN 55413

Pay Date:   06/24/2019

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7710 | XXXXXXXXX | 2276.01 |

THIS IS NOT A CHECK

Christopher Q Longley
684 Lincoln Avenue
St Paul, MN 55105

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RO75X9 22956587 | 01/ | 2827908 | 1 of 1 |

Atticus Administration LLC
34 13th Ave NE
Ste 112
Minneapolis, MN 55413

## Earnings Statement

ADP

Period Starting: 04/28/2019
Period Ending: 05/11/2019
Pay Date: 05/13/2019

Taxable Marital Status: Married
Exemptions/Allowances:       Tax Override:
  Federal:  6                Federal:
  State:    6                State:
  Local:    0                Local:
Social Security Number: XXX-XX-XXXX

Christopher Q Longley
684 Lincoln Avenue
St Paul, MN 55105

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 2692.31 | 26923.10 |
| Gross Pay | | | $2,692.31 | $26,923.10 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -137.39 | 1373.90 |
| Social Security | -166.92 | 1669.23 |
| Medicare | -39.03 | 390.38 |
| Minnesota State Income | -72.95 | 731.96 |
| Net Pay | $2,276.02 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 768.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7710 | XXXXXXXXX | 2276.02 |

Doing Business As
Atticus Administration LLC
34 13th Ave NE Ste 112
Minneapolis, MN 55413-1002

Your federal taxable wages this period are $2,692.31

Atticus Administration LLC
34 13th Ave NE
Ste 112
Minneapolis, MN 55413

Pay Date: 05/13/2019

Deposited to the account
Checking DirectDeposit

**THIS IS NOT A CHECK**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX7710 | XXXXXXXXX | 2276.02 |

Christopher Q Longley
684 Lincoln Avenue
St Paul, MN 55105