LOCAL FORM 16
REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Christopher Quentin Longley

Case No. 19-32175

Debtor(s).

## AMENDMENT TO PETITION REGARDING NAME/ADDRESS

To: Clerk of Bankruptcy Court

The original petition filed on July 3, 2019 is amended as follows:

### Name

The correct name(s) of the Debtor(s),
including AKA, DBA, or ASF if any,
is (are):

### Address

The correct address(es) of the Debtor(s), in
Ramsey County, is (are):

200 Exchange Street
Unit 319
St. Paul, MN 55102

VERIFICATION: I (We), debtor(s) named in the foregoing amended schedule, declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/15/19
Signed: _[signature]_
Attorney for Debtor(s)
Print Attorney Name: Jeff Butwinick
Attorney Address: 7800 Metro Blvd #20 Bloomington MN 55425
Phone Number: 651-210-5055
License Number: 0342208

Signed: _[signature]_
Debtor 1

Signed: ____
Debtor 2 (if joint case)